UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1342 |
| ) | |
| CIBER NETWORK SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 18, 2005, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived. Id.

The Court concurs with the analysis of the Magistrate Judge that Plaintiff's technical deficiencies in service do not warrant the dismissal of her Complaint and that her Illinois Human Rights Act claims asserted in Counts IV, V, and VI against Defendants Gordon Henderson, State Farm, and CIBER must be dismissed for failure to exhaust her administrative remedies. The Court further agrees that Plaintiff has sufficiently stated her defamation claim against Defendant Henderson, as when

viewed in the light most favorable to Plaintiff, she has given sufficient notice of the claim being alleged to permit the claim to proceed to resolution upon a more fully developed factual record.  The Court also notes that Plaintiff has conceded to the dismissal of Counts I, II, III, and VI as they apply to Defendant Henderson.

Accordingly, the Court now adopts the Report & Recommendation [#25] of the Magistrate Judge in its entirety.  Defendants' Motions to Dismiss [#4, #5, #15, and #16] are DENIED.  Plaintiff is directed to serve summons and a copy of the signed, stamped Complaint upon Defendant CIBER, State Farm, and Henderson within 21 days of the date of this Order.  The Motion to Dismiss by Defendant Henderson [#10] is GRANTED IN PART and DENIED IN PART, in that Counts I, II, III, IV, V, and VI are DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(6); accordingly, only Count VII remains pending against Defendant Henderson.  Counts IV, V, and VI are DISMISSED sua sponte as to all other Defendants for lack of subject matter jurisdiction. This matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 8th day of September, 2005.

                                           s/ Michael M. Mihm
                                           Michael M. Mihm
                                           United States District Judge