### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA MILLER,                                ) | |
|         Plaintiff,           ) | |
|         v.                   ) | Case No. 04-1342 |
| CIBER NETWORK SERVICES, INC., ) et al.,                              ) | |
|         Defendants.         ) | |

**O R D E R**

On March 24, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The Court concurs with the analysis of the Magistrate Judge that Plaintiff's clear pattern of delay despite repeated opportunities to cure and admitted failure to serve Defendants as required by Rule 4(m) and this Court's September 8, 2005, Order warrant the dismissal of this action for failure to prosecute. Accordingly, the Court now adopts the Report & Recommendation [#31] of the Magistrate Judge in its entirety. Defendants' Motions to Dismiss [#27, #29] are GRANTED, and Plaintiff's claims against Defendants CIBER and State Farm are DISMISSED WITH PREJUDICE. Defendant Covey is also

DISMISSED for failure to perfect service in accordance with Federal Rule of Civil Procedure 4(m).  All federal claims having been dismissed, the Court declines to exercise supplemental jurisdiction over the remaining state law defamation claim against Defendant Henderson; accordingly, the defamation claim against Defendant Henderson is DISMISSED WITHOUT PREJUDICE to refiling the claim in state court.  This matter is now TERMINATED.

      ENTERED this 11th day of April, 2006.


                                        s/ Michael M. Mihm
                                        Michael M. Mihm
                                        United States District Judge